

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

David Camden Chancellor and          * From the 385th District Court
Brian Young, on behalf of themselves     of Midland County
and all other similarly situated,          Trial Court No. CV50808.

v. No. 11-15-00322-CV                 * May 19, 2016

Mission Estates Property              * Per Curiam Memorandum Opinion
Owners' Association,                    (Panel consists of: Wright, C.J.,
                                       Willson, J., and Bailey, J.)

This court has considered the joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against David Camden Chancellor and Brian Young, on behalf of themselves and all others similarly situated.